# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOEL RAMOS AYALA,

Plaintiff,

v.

NOBLE CREDIT UNION, et al.,

Defendants.

Case No. 1:26-cv-05480-JLT-SAB

ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

(ECF No. 15)

**NOVEMBER 30, 2026 DEADLINE**

On September 30, 2026, Plaintiff filed a notice of settlement, informing the Court that a settlement has been reached between Plaintiff and Defendant Experian Information Solutions, Inc., and that dispositional documents will be filed within sixty (60) days. (ECF No. 15.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that the parties shall file dispositional documents **no later than November 30, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **October 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge