# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RAMOS AYALA,<br>Plaintiff,<br>v.<br>NOBLE CREDIT UNION, et al.,<br>Defendants. | Case No. 1:26-cv-05480-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT NOBEL CREDIT UNION<br><br>(ECF No. 18)<br><br>**DECEMBER 8, 2026 DEADLINE** |

On October 9, 2026, Plaintiff filed a notice of settlement, informing the Court that a settlement has been reached between Plaintiff and Defendant Nobel Credit Union and that dispositional documents will be filed within sixty (60) days. (ECF No. 18.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that the parties shall file dispositional documents **no later than December 8, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **October 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge